IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR12-01124 |
| --- | --- | --- |
| Plaintiff(s), | ) | |
| vs. | ) | |
| DANIEL POWELL, | ) | |
| Defendant(s). | ) | |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII FEB 14 2013 at 1 o'clock and 45 min. PM SUE BEITIA, CLERK

## JUDGMENT OF ACQUITTAL

On February 13, 2013, the Court found Defendant DANIEL POWELL, not guilty on Count 1. Accordingly, judgment of acquittal on Count 1 is entered in favor of Defendant. All pretrial conditions pertaining to Defendant are terminated. If Defendant is in custody, Defendant is discharged, and if any bond exists it is exonerated.

Dated at Honolulu, Hawaii on     FEB 1 4 2013     .

Kevin S. C. Chang
United States Magistrate Judge

cc: USPO, PTS, USMASD